**MAHONEY v. RONNIE'S ROAD SERVICE**

[345 N.C. 631 (1997)]

JIMMY MAHONEY AND JUDY MAHONEY v. RONNIE'S ROAD SERVICE, INDIAN HEAD INDUSTRIES, INC., MGM BRAKES

No. 171A96

(Filed 7 March 1997)

Appeal by plaintiffs pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 122 N.C. App. 150, 468 S.E.2d 279 (1996), affirming an order granting summary judgment in favor of defendants Indian Head Industries and MGM Brakes entered on 19 May 1994 by Stephens (Donald W.), J., in Superior Court, Wake County. Heard in the Supreme Court 12 February 1997.

*Twiggs, Abrams, Strickland, & Trehy, P.A., by Douglas B. Abrams; and Gate & Mathers, Ltd., by Martin H. Mathers, for plaintiff-appellants.*

*Yates, McLamb & Weyher, L.L.P., by Kirk G. Warner and Gwenda L. Laws, for defendant-appellees Indian Head Industries and MGM Brakes.*

*Smith Helms Mulliss & Moore, L.L.P., by James G. Exum, Jr., Bynum M. Hunter, and John J. Korzen, for North Carolina Association of Defense Attorneys, amicus curiae.*

PER CURIAM.

AFFIRMED.

Justice PARKER did not participate in the consideration or decision of this case.